AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

IN RE THE ESTATE OF JUSTIN M. MAGLEBY, deceased, by and through STEVEN R. MAGLEBY, Personal Representative,
  *Plaintiff*
  v.
UNITED STATES OF AMERICA; NORTHWEST HELICOPTERS, LLC; and MACKAY & SPOSITO, INC.,
  *Defendant*

)
)
)
)
)
)

Civil Action No. 1:23-CV-3060-TOR

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 29, 2024

SEAN F. McAVOY, CLERK

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other:  The United States' Motion to Dismiss, ECF No. 32, is GRANTED.  The Complaint against the United States is DISMISSED with prejudice.  The Complaint against the remaining two Defendants is DISMISSED without prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge   THOMAS O. RICE
    on the United States' Motion to Dismiss (ECF No. 32).

Date:  February 29, 2024

CLERK OF COURT

SEAN F. McAVOY

*s/ B. Fortenberry*
*(By) Deputy Clerk*
B. Fortenberry